

# Precious Metals Buy Direction Letter

**New Direction Trust Company**
1070 W. Century Drive
Louisville, CO 80027
p: 303-546-7930 x 185 | f: 303-665-5962

**NOTE:** All investment paperwork must be titled correctly: **New Direction Trust Company FBO (Account Owner's Name) IRA.** If you have a 401(k) or beneficiary account, please call our office for correct vesting (titling).

## 1. ACCOUNT INFORMATION

| Your Name: | New Direction Account Number: |
|---|---|
| John Glahn | |

Account Type: [X] Traditional IRA  [ ] Roth IRA  [ ] SEP IRA  [ ] SIMPLE IRA  [ ] Inherited IRA  [ ] Solo 401(k)  [ ] HSA

| Phone Number: | Email Address: |
|---|---|
| (417) 499-0228 | jglahn@att.net |

## 2. TELL US ABOUT YOUR DEALER AND DEPOSITORY

| Precious Metals Dealer Name: | Dealer Phone Number: | Representative Name: |
|---|---|---|
| West Hills Capital | (800) 867-6768 | Joe Unger / WHC IRA Team |

Your Precious Metals Dealer listed above may contact New Direction Trust Company to receive information regarding this investment and availability of funds to complete the purchase based on your selections from Box 3 below. The above dealer will also be listed as your dealer of record until you tell us otherwise or a new BDL is submitted listing a new dealer of record.

| Precious Metals Depository Name: | Depository Phone Number: |
|---|---|
| First State Depository | (302) 765-2760 |

There are numerous depositories that specialize in storage and safekeeping of precious metals. I understand that the Custodian is not and cannot be held responsible for the actions of these depositories, and I hereby release and hold harmless Custodian from any damages that I may incur with respect to my choice of depository and any activities or lack of activities on the part of said depository.

## 3. WHAT IS THE DOLLAR AMOUNT OF YOUR PRECIOUS METALS INVESTMENT?

I authorize New Direction to Allocate [X] $ __176,700.00__ OR [ ] **ALL** of the available cash in my account for the purchase of metals from the dealer listed in item 2. I understand and authorize that invoices received up to this amount from this dealer will be funded **WITHOUT VERIFICATION BY ME.** This allocation and authorization will remain valid for 90 days or until cancelled in writing by me. I understand that cancellation of this direction letter will take a minimum of 24 hours.

You will receive an email notification on the day we process your investment. If you would also like a New Direction Trust Company representative to give you a courtesy call and inform you when your investment will be funded, initial here _____ and provide a phone number at which you can be reached: ___-___-_____.

*Please note that this is a courtesy call and will not hold up the funding process.*

## 4. ACKNOWLEDGEMENT OF INVESTMENT DISCLOSURES

[Initial: *gL*] I acknowledge that I have read and fully understand the Precious Metals Investment Disclosures, including price spread of proof coins. (Page 3)

## 5. HOW WOULD YOU LIKE TO PAY FOR THE TRANSACTION? (All fees are due at time of transaction.)

Choose One:
[ ] Your Account
[✓] Credit Card

Credit Card Type: (the following are accepted) [ ] Visa  [ ] MasterCard  [ ] Discover

Card Number: _____  3 Digit Security Code: _____  Exp Date: _____

Exact Name on Card: West Hills Capital  Signature: _____



# Precious Metals Buy Direction Letter

**New Direction Trust Company**
1070 W. Century Drive
Louisville, CO 80027
p: 303-546-7930 x 185 | f: 303-665-5962

## 6. AUTHORIZATION

I confirm that I am directing New Direction Trust Company, the Custodian, to complete this transaction as specified above. I understand that my account is self-directed, and I take complete responsibility for any investment I choose for my account, including the investment specified in this Buy Direction Letter. I understand that the Custodian does not sell or endorse any investment products, and that the Custodian is not affiliated in any way with any investment provider. I understand that the role of the Custodian is limited, and its responsibilities do not include investment selection for my account. I acknowledge that the Custodian has not provided or assumed responsibility for any tax, legal or investment advice with respect to this investment, and I agree that Custodian will not be liable for any loss which results from my decision to purchase this investment. I understand that the Custodian has not reviewed or will review the merits, legitimacy, appropriateness or suitability of this investment, and I certify that I have done my own due diligence investigation prior to instructing the Custodian to execute this transaction for my account. I understand that the Custodian does not determine whether this investment is acceptable under the Employee Retirement Income Securities Act (ERISA), the Internal Revenue Code (IRC), or any applicable federal, state, or local laws, including securities laws. I understand that it is my responsibility to review any investments to ensure compliance with these requirements.

I understand that in processing this transaction the Custodian is only acting as my agent, and nothing will be construed as conferring fiduciary status on the Custodian. I agree that the Custodian will not be liable for any investment losses sustained by me or my account as a result of this transaction. I agree to indemnify and hold harmless the Custodian from any and all claims, damages, liability, actions, costs, expenses (including reasonable attorneys' fees) and any loss to my account as a result of any action taken in connection with this investment transaction or resulting from serving as the Custodian for this investment, including, without limitation, claims, damages, liability, actions and losses asserted by me. I understand that if this Buy Direction Letter and any accompanying documentation are not received as required, or, if received, are unclear in the opinion of the Custodian, or if there are insufficient undirected funds in my account to fully comply with my instructions execute the transaction and to pay all fees, the Custodian may not process this transaction until proper documentation and/or clarification is received, and the Custodian will have no liability for loss of income or appreciation. I understand that my account is subject to the provisions of Internal Revenue Code (IRC) §4975, which defines certain prohibited transactions. I acknowledge that the Custodian has not made or will make any determination as to whether this investment is prohibited under §4975 or under any other federal, state or local law. I certify that making this investment will not constitute a prohibited transaction and that it complies with all applicable federal, state, and local laws, regulations and requirements. I understand that with some types of accounts there are rules for Required Minimum Distributions (RMDs) from the account. If I am now subject to the RMD rules in my account, or if I will become subject to those rules during the term of this investment, I represent that I have verified either that the investment will provide income or distributions sufficient to cover each RMD, or that there are other assets in my account or in other accounts that are sufficiently liquid (including cash) from which I will be able to withdraw my RMDs. I understand that failure to take RMDs may result in a tax penalty of 50% of the amount I should have withdrawn. Not Responsible for Market Condition Variances: I understand that I have agreed and instructed the Custodian to follow the transaction directions which I provide, as confirmed by written Buy Direction Letters to Custodian from the undersigned for the Account.

I further understand that some transactions that I may direct or instruct the Custodian to complete, especially commodities such as precious metals, that may be dependent upon the operation of global markets and entities, there could be fluctuations in price and condition of said investments from the time that I issue a Buy or Sell Direction Letter to Custodian and the time when the transaction can actually be completed and recorded in my Account. I hereby agree to release, indemnify, defend and hold the Custodian harmless from any claims regarding the fluctuation in prices and/or conditions if any. I further agree to waive any claims that I may have, past, present or future, known or unknown, anticipated or unanticipated, with respect to the fluctuation or change in the price or condition of any investment that I direct or instruct Custodian and/or Custodian to make from the time I deliver my Buy/Sell Direction Letter to the Custodian until the time the transaction is actually completed and recorded to my Account. Transactions with insufficient funds will not be processed until sufficient funds are received. If fees are being deducted from my account, the full amount of the transaction plus fees must be available before your transaction can be processed. I understand that all communication regarding this transaction must be in writing and must be signed by me or by my authorized agent on my behalf, and that no oral modification of my instructions will be valid and that no person at the office of the Custodian has the authority to modify any of the foregoing provisions. I certify that I have examined this Buy/Sell Direction Letter and any accompanying documents or information, and to the best of my knowledge and belief, it is all true, correct and complete.

**Transactions with insufficient funds will not be processed until sufficient funds are received. If fees are being deducted from your account, the full amount of the transaction plus fees must be available before your transaction can be processed. All transactions will be processed via wire.**

Signature: _John Glahn (May 8, 2019)_    Date: May 8, 2019

*Please read the disclosure above the signature line before signing and dating.*

### FOR INTERNAL OFFICE USE ONLY:

| | | |
|---|---|---|
| Return To:_____ | ☐ Sig Check | Fee Option and Invoice Cycle:_____ |
| Balance:_____ | ☐ RTN | Trans Fee: $_____ |
| Cusip:_____ | ☐ Innovest | Annual Admin Fee: $_____ |
| Trans Code:_____ | ☐ Scan for Funding | Wire Fee: $_____ |
| Fund Date:_____ | | Depository Fee: $_____ |
| Amt Funded $_____ | | Total Fees: $_____ |



# Precious Metals Investment Disclosures

**New Direction Trust Company**
1070 W. Century Drive
Louisville, CO 80027
p: 303-546-7930 x 185 | f: 303-665-5962

Use the Precious Metals Buy Direction Letter (PMBDL) to provide investment directions to New Direction Trust Company (NDTCO) for the purchase of precious metals by your self-directed account. By directing investment in precious metals, you acknowledge and agree to NDTCO's terms and conditions for precious metals investments.

### REQUIREMENTS
Purchases of precious metals can only be made from cash available in your NDTCO account. New account applications and forms are available at www.ndtco.com. Cash recently transferred in may not be immediately available for precious metals purchases.

### DEALER AND INVESTMENT DIRECTIONS
You determine the precious metals dealer to be used for your precious metals purchase. NDTCO does not sell investments or offer any investment products. Clients are responsible for all necessary due diligence regarding the metals purchase. You are responsible for all the details of the invest-ment, including negotiation of the particular precious metals to be purchased or sold, the price, and providing written directions to NDTCO via the PMBDL.

### FAIR MARKET VALUES AND PRICING
Statements generated by NDTCO reflect estimated bid values for each asset, obtained from a third party resource, and should not be relied upon as the price you will find to buy or sell through a dealer. These estimated values do not include dealer mark-ups, discounts, or commissions. This price is used for reports of fair market value to the IRS. Contact a dealer for specific, current price quotes for precious metals.

### PRICE SPREADS AND PROOF AMERICAN EAGLE COINS
Generally, the value of precious metals at the bid price will be less than the amount paid if precious metals prices have not changed. The difference between the price at which precious metals can be bought and the price at which they can be sold at a particular time is called "price spread." Price spread has generally been greater for proof coins than the price spread for bullion precious metals. Obtain all necessary information from your dealer before investing.

### FUNDING NOTICE TO DEALERS
Your precious metals dealer listed on this form may contact NDTCO to receive information regarding this investment and availability of funds to complete this purchase. As described on the PMBDL, NDTCO will allocate the funds to the pending purchase; funds thus allocated will not be available for any other transaction unless the PMBDL is cancelled. If you elect to allocate "All" funds to the investment, ONLY funds in the account upon receipt of the PMBDL will be allocated. Funds allocated under this PMBDL may be invested incrementally; however, each transaction will incur separate transaction fees. NDTCO is not liable for pricing changes due to fluctuations in market values for precious metals.

### STORAGE AND DELIVERY OF PRECIOUS METALS
All precious metals are stored at a specialized depository selected by you with your dealer's approval. A full year is collected and paid to the depository at the time of the transaction  Dealers deliver directly to the depository, which will forward confirmation of receipt. NDTCO relies on the accuracy of delivery details provided by the depository to update the individual account holdings. NDTCO makes a reasonable effort to update metals delivery status; **however it is the customer's responsibility to monitor account assets, including follow up with the dealer with specific transaction details and/or delivery inquiries.**

### DISTRIBUTION OR SALE OF PRECIOUS METALS
If you request NDTCO to transfer metals from the depository to you as a distribution, to a dealer for sale or exchange, or to another third party, the cost of shipment, insurance, and processing by the depository, if any, is your responsibility. Costs may be paid by you or deducted from cash available in the plan. You may request distribution of precious metals from your plan at any time. The value of any metals processed as a distribution to you will be reported to the IRS and you. Depending on the plan type, taxes and/or penalties may apply. Please contact NDTCO for a Distribution Form or go online at www. ndtco.com.

### STATEMENTS
Access to your account information is available 24/7 via NDTCO's web site at www.mydirection.com. Please call our Precious Metals Asset Team (PMAT) at (877) 742-1270 ext. 185 for more information.