

**First State Depository Company, LLC**

*America's Rare Coin and Precious Metals Depository*

**DEPOSITORY ELECTION FORM**

100 Todds Lane
Wilmington, DE 19802
Tel: 302 765 2760
Fax: 302 468 4618
www.fsdepository.com

## PRECIOUS METALS DEPOSITORY HOLDINGS ELECTION FORM

I acknowledge that I have elected to store my self-directed IRA owned precious metals with FIRST STATE DEPOSITORY (First State) (100 Todds Lane, Wilmington, DE 19802). I understand that the storage fee will be billed upon receipt of my first metals deposit at First State and billed annually thereafter. The fees will be included on the annual invoice from New Direction Trust Company for custodial services to the IRA. I also understand that the storage fee may be paid with undirected funds from my New Direction Trust Company IRA or can be paid from personal funds. All payments must be made to New Direction Trust Company as the custodian for my IRA.

First State offers only segregated storage for your IRA accounts (metals are not co-mingled with any other metals owned by others). Each New Direction Trust Company account held at First State is an Individual Sub-Account of New Direction; having its own reporting and physical storage per IRA individual. Additional details regarding the storage of metals at First State Depository may be found in the Depository Custody agreement which is available upon request from First State Depository. The fee structure is listed below.

---

### Storage Fees: Gold/Platinum/Palladium/Silver:

$1.00 per $1,000 (10 basis points)
$125 minimum
Accounts are billed the day First State receives your first metals deposit and annually thereafter.

### Handling Fees

First State, offers shipping options through various carriers. Those options include Personal Pick-ups, Armored Carrier, USPS, and FedEx 2 day will be used for all domestic shipments unless otherwise instructed. Below is a lists of all fees associated with Out-shipments of your IRAs metals.

- Handling - $19.50 per package ($7.50 per each additional for multi box shipments)
- 100% of carrier fees
- 100% Insurance ($1.50 per $1000 for FedEx)
- Personal Pick ups - $30.00 (By appointment only and must provide picture ID, which must be sent to New Direction Trust Company for verification, then forwarded to First State, prior to visit)
- Armored Carrier Pick Up - $35.00

---

Printed Name: **John Glahn**

New Direction Account Number: _____

Address: **3501 S Park Ave**

City: **Joplin**        State: **MO**        Zip: **64804**

Mobile Number: **(417) 499-0228**    Work: _____    Home: _____

Email Address: **jglahn@att.net**

I acknowledge that this information will be shared with First State Depository.

Signature: *John Glahn (May 8, 2019)*        Date: **May 8, 2019**