**New Direction** TRUST COMPANY

# Transfer/Rollover Form

**New Direction Trust Company**
1070 W. Century Drive
Louisville, CO 80027
p: 303-546-7930 | f: 303-665-5962

## 1. YOUR INFORMATION

Your Name: **John Glahn**  |  New Direction Account Number:

Social Security Number: **8435**  |  Email Address: **jglahn@att.net**  |  Phone Number: **(417) 499-0228**

Legal Address: **3501 S Park Ave**  |  City: **Joplin**  |  State: **MO**  |  Zip: **64804**

## 2. WHERE ARE THESE ASSETS CURRENTLY?

Name of Custodian/Trustee: **TD Ameritrade**  |  Account Number: **0907**

Office Address: **200 S 108th Ave**  |  City: **Omaha**  |  State: **NE**  |  Zip: **68154**

Contact Name:  |  Phone Number: **(800) 669-3900**  |  Fax Number: **(866) 468-6268**  |  ☑ I have enclosed a copy of my statement *(required)*

## 3. TRANSFER/ROLLOVER OPTIONS

☒ **Transfer** (Choose one listed below, and New Direction Trust Company will initiate the movement of assets.)

☒ Traditional IRA to Traditional IRA ☐ SEP IRA to SEP IRA ☐ SIMPLE IRA to SIMPLE IRA ☐ Roth IRA to Roth IRA

☐ Traditional IRA to Simple IRA ☐ SEP IRA to Traditional IRA ☐ SIMPLE IRA to SEP IRA ☐ HSA to HSA

☐ Traditional IRA to SEP IRA ☐ SEP IRA to SIMPLE IRA ☐ SIMPLE IRA to Traditional IRA

☐ Inherited IRA to Inherited IRA (Subject to additional documentation and review)

☐ **Rollover** (To trigger a rollover, fill out this form for NDTCO and contact the existing custodian/trustee for their required rollover actions.)

☐ Standard Rollover (This is a return on an Eligible Distribution done within 60 days.) (This Rollover is the only Rollover that has been executed from any IRA that I have within the prior 12 months.)

☐ Direct Rollover: Rollover of Eligible Retirement Plan Assets to Traditional IRA (401k Plan and other employer plans)

☐ Direct Rollover of OTHER IRA, Roth or other transferable account
(This Rollover is the only Rollover that has been executed from any IRA that I have within the prior 12 months.)

## 4. ASSETS TO BE MOVED TO NDTCO - CHOOSE OPTION(S) THAT APPLY TO THIS MOVEMENT OF ASSETS

**A. Cash/Money Market Assets** – from any type of account. All positions must be liquidated and available in either a cash or money market account before submitting this request. Note: some brokerage accounts keep cash in a money market account only. New Direction Trust Company requires 5 business days for checks to be available. Bank wires and money orders clear the next business day. *Please provide a detailed statement showing assets and values.*

☐ **Entire Account in Cash, close account**    **Approximate Cash: $** _____

☒ **Partial Account in Cash: $** _176,700.00_

**B. Brokerage Account Assets** (Publicly traded stocks, mutual funds, etc.)

☐ Entire account. Account # _____, list the brokerage assets below.
                    **OR**

☐ Only the assets below. Account #_____ (If you do not have room to describe all assets, please attach description with this form):
Cash Amount (if any): $_____

| Symbol | Name | Fund # | Account # | # of Shares | Liquidate on Receipt |
|---|---|---|---|---|---|
|  |  |  |  |  | ☐ Yes ☐ No |
|  |  |  |  |  | ☐ Yes ☐ No |
|  |  |  |  |  | ☐ Yes ☐ No |

**Estimated total value of assets being moved to NDTCO:** $_____
Notice: all dividends from mutual funds moved over to NDTCO in-kind will be reinvested

Copyright 2018 New Direction Trust Company TRF rev 09/2018



# Transfer/Rollover Form

**New Direction Trust Company**
1070 W. Century Drive
Louisville, CO 80027
p: 303-546-7930 | f: 303-665-5962

## 4. ASSETS TO BE MOVED TO NDTCO CONT'D

**C. Alternative Assets** (Real estate, notes, private equity, etc.)

☐ **Complete Movement of Cash and/or Assets**

  ☐ Cash* - to **New Direction Trust Company FBO (My Name) IRA**

  ☐ In-kind assets to **New Direction Trust Company FBO (My Name) IRA**

☐ **Move Partial Cash and/or Asset**

  ☐ Cash* - Send $_____ in cash to **New Direction Trust Company FBO (My Name) IRA**

  ☐ In-kind assets to **New Direction Trust Company FBO (My Name) IRA**

Move the following assets in-kind (Please list every in-kind asset to be moved to NDTCO. If you do not have room, please attach description with this form.) :

| Asset Type | Name of Asset/Description | Current Recorded Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Estimated total value of cash and assets to NDTCO: $**_____

  *New Direction Trust Company requires 5 business days for checks to clear. Bank wires and money orders clear the business day after deposit.

## 5. HOW CASH IS TO BE SENT TO NDTCO

I would like my **Cash/Assets** sent to New Direction Trust Company via: (check is the default if no option is marked)

☐ Check/Mail (Checks clear within 5 business days)  ☒ Wire (available next business day)

Please send this **Transfer/Rollover Form** to custodian currently holding these assets via:

☐ Mail

☒ Fax Number: (866) 468-6268    (You must ask your current custodian if they accept a faxed copy of the form. Please provide fax number.)

☐ Express Mail via FedEx ($30 Fee) (complete section below with check or credit card information)

Expedited Delivery (the information below is to pay for FEDEX charges, not wire fees) I would like to pay my expedited delivery charges via:

  For FedEx fee choose one:

  ☑ Credit Card

  ☐ Check enclosed (make checks payable to: New Direction Trust Company)

Credit Card Type: (the following are accepted):    ☐ Visa    ☐ Mastercard    ☐ Discover

Card Number: _____    3-digit security code: _____    Expiration date: _____

Exact name on card: West Hills Capital _____

Signature: _____

Copyright 2018 New Direction Trust Company TRF rev 09/2018



**Transfer/Rollover Form**

**New Direction Trust Company**
1070 W. Century Drive
Louisville, CO 80027
p: 303-546-7930 | f: 303-665-5962

## 6. LETTER OF AUTHORIZATION

To the delivering firm: I understand that by signing section 7 below, I am authorizing New Direction Trust Company "NDTCO" to instruct you to transfer/rollover the assets identified in Section 4 of this form to my New Direction Trust Company Account. I represent that I have opened a retirement plan with New Direction Trust Company as the successor Custodian for the account. I understand that upon receipt of these transfer/rollover instructions, you will cancel all open orders in my account and will contact me regarding any account assets that are "not transferable." I understand that I am responsible for returning or destroying credit/debit cards and any unused checks issued in connection with my current securities account. I understand that to the extent that any assets in my account are not readily "transferable," with or without penalties, such assets may not be "transferred" within the time frames as set by FINRA Rule 11870, New York Stock Exchange Rule 412 or similar rule of the National Association of Securities Dealers or other designated examining authority.

I authorize you to liquidate any "nontransferable" proprietary money market fund assets in my account and move the credit balance to NDTCO. I authorize you to deduct any outstanding fees due from my credit balance; if the credit balance is insufficient to cover any outstanding fees, I authorize you to liquidate assets in my account to satisfy the obligation. I authorize you to deliver physical certificates or other instruments in my account in good deliverable form (including affixing any necessary tax waivers) to allow NDTCO to register them in street name for the purpose of sale when and as directed by me. I understand that any fractional shares of stock are "nontransferable" and will be liquidated; any liquidation of such shares may constitute a taxable event.

## 7. SIGNATURE AND ACKNOWLEDGEMENT

- I hereby agree to the terms and conditions set forth in this account asset transfer/rollover authorization and acknowledge having established a self-directed IRA through execution of the account application.
- I understand the rules and conditions applicable to an account transfer/rollover.
- I understand that any of the investments in my account that I would like moved are the responsibility of my current Custodian, meaning they are responsible for handling any of the re-registration of my investments currently being held by them.
- I qualify for the account transfer/rollover of assets listed in the asset liquidation above and authorize such transactions.
- I understand that no one at New Direction Trust Company has authority to agree to anything different than my foregoing understandings of New Direction Trust Company policy.
- I understand that if this transfer is occurring during or after the calendar year during which I attain the age of 70½, the required minimum amount determined under this IRA is still required to be distributed.
- I further understand that the current Trustee/Custodian is not responsible for making this distribution prior to the movement of assets. I accept full responsibility for satisfying the required minimum distribution applicable to this IRA by withdrawing sufficient amounts from another IRA prior to the deadline for receiving minimum distributions for the calendar year of the movement of assets to New Direction Trust Company.
- If this movement of assets is a Transfer and leaves the "transferor" IRA in one year but does not reach the "transferee" IRA until the following year, I understand that this will be an "outstanding transfer" as of December 31st. The new IRA must "deem" that the "transfer" was received as of the prior December 31st for determining any required minimum distribution from the "transferee" IRA for the year that the "transfer" was received. I will inform the "transferee" IRA Trustee/Custodian of any such outstanding "transfer."
- If this is a direct or indirect rollover 1)I understand the important tax consequences of this election 2)I assume full responsibility for this rollover 3)I will not hold the Custodian, New Direction Trust Company or issuer of either the distributing or receiving plan liable for any adverse consequences that may result and 4)I irrevocably designate this contribution of assets as a rollover contribution.

Your Printed Name: John Glahn

Your Signature: *John Glahn (May 8, 2019)*

Date: May 8, 2019

Signature Guarantee if required by Custodian

## 8. ACCEPTANCE OF RECEIVING CUSTODIAN (office use only)

New Direction Trust Company agrees to serve as Custodian for the account of the above-named individual, and as Custodian, New Direction Trust Company agrees to accept the assets of the account being transferred. New Direction Trust Company assumes no trust or fiduciary obligations to you as it has no investment control over your funds and acts only as the Custodian of your funds.

New Direction Trust Company

By_____ Date _____

Signature Guarantee if required by Custodian

Copyright 2018 New Direction Trust Company TRF rev 09/2018