IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN CLIFFORD GLAHN, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WEST HILLS CAPITAL, LLC and JOSEPH UNGER,<br><br>        Defendants/Third Party Plaintiff<br>v.<br><br>FIRST STATE DEPOSITORY COMPANY, LLC, ARGENT ASSET GROUP LLC, ROBERT LEROY HIGGINS, and ERIC HIGGINS,<br><br>        Third Party Defendants. | Case No.: 6:23-cv-01064-EFM-BGS |

## NOTICE OF DISMISSAL

Plaintiff John Clifford Glahn, through his undersigned attorneys of record, hereby gives notice that this matter and his claims against Defendants West Hills Capital, LLC and Joseph Unger is dismissed with prejudice, with each party to bear their own costs and fees.

Respectfully submitted,

**DLM LAW LLC**

By: /s/ David L. Marcus
David L. Marcus, KS #18034
4700 Belleview Avenue
Suite 200
Kansas City, Missouri 64112
dmarcus@dlmlaw.com
Tel: (816) 256-4699
Fax: (816) 222-0534

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2025, I filed the above and foregoing via this Court's CM/ECF System which served a copy on the following counsel of record:

Francis M. Schneider
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Francis.Schneider@lewisbrisbois.com

*Attorney for Defendants*

                                       /s/ David L. Marcus
                                       *Attorney for Plaintiff*