### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN CLIFFORD GLAHN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST HILLS CAPITAL, LLC and JOSEPH UNGER,<br><br>Defendants/Third Party Plaintiff<br><br>v.<br><br>FIRST STATE DEPOSITORY COMPANY, LLC, ARGENT ASSET GROUP LLC, ROBERT LEROY HIGGINS, and ERIC HIGGINS,<br><br>Third Party Defendants. | Case No.: 6:23-cv-01064-EFM-BGS |

### **STIPULATION OF DISMISSAL**

The parties to this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that all claims Plaintiff asserted against Defendant in this action are hereby dismissed with prejudice, with each party to each bear their own fees and costs, and that all claims Third Party Plaintiff asserted against Third Party Defendants in this action are hereby dismissed without prejudice.

| | |
|---|---|
| /s/ David L. Marcus (w/ consent)<br>David L. Marcus, KS # 18034<br>DLM LAW<br>4700 Belleview Avenue, Suite 200<br>Kansas City, MO 64112<br>Telephone:  (816) 256-4699<br>Facsimile:   (816) 222-0534<br>dmarcus@bmlawkc.com<br><br>*Attorney for Plaintiff* | /s/ Francis M. Schneider<br>Francis M. Schneider, KS # 27896<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1605 N. Waterfront Parkway, Suite 150<br>Wichita, KS 67206<br>Telephone: (316) 609-7900<br>Facsimile:  (316) 462-5746<br>francis.schneider@lewisbrisbois.com<br><br>*Attorney for Defendants* |

154477608.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, the above Stipulation of Dismissal was filed using the Court's electronic filing system which sent notice to all counsel of record.

/s/ Francis M. Schneider
Francis M. Schneider